IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER TEMPLE,<br><br>    Plaintiff,<br><br>        v.<br><br>CARL V. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | CIV F 04 6716 REC DLB<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATION<br>RE DISMISSAL OF<br>CERTAIN DEFENDANTS |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

    On April 13, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. On May 6, 2005, plaintiff filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 13, 2005, are adopted in full;

2. This action shall proceed on plaintiff's § 1983 and state law claims against defendants Adams, Schroeder, Webster, Rosario, Walker, Case, Suter, Rangel, Montgomery, Alverez, Carsen, Yuba City and Sutter County; and

3. Defendants Van Den Heuval, Dr. Dang, Barton and the California Department of Corrections are dismissed from this action.

IT IS SO ORDERED.

668554**Dated:  June 14, 2005**          **/s/ Robert E. Coyle**
                                        UNITED STATES DISTRICT JUDGE