IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER TEMPLE,       | 1: 04 CIV F 6716 REC DLB |
|     Plaintiff, | |
|   vs. | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| CARL V. ADAMS, et al., | |
|     Defendants. | |

    Plaintiff is a state prisoner proceeding pro se. On April 13, 2005, the Court found that the Amended Complaint stated cognizable claims for relief under § 1983 and state law against defendants Adams, Schroeder, Webster, Rosario, Walker, Case, Suter, Rangel, Montgomery, Alverez, Carsen, Yuba City and Sutter County and recommended that the remaining defendants be dismissed from this action. On June 15, 2005, the District adopted this Court's recommendation. Accordingly, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants: Adams, Schroeder, Webster, Rosario, Walker, Case, Suter, Rangel, Montgomery, Alverez, Carsen, Yuba City and Sutter County

    2. The Clerk of the Court shall send plaintiff thirteen (13) USM-285 forms, thirteen (13)

summons, an instruction sheet and a copy of the amended complaint filed April 12, 2005.

     3.   Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

          a. Completed summons;

          b.  One completed USM-285 form for each defendant listed above; and

          c. Fourteen copies of the endorsed amended complaint filed April 12, 2005.

     4.   Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

     5.   Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action.  Local Rule 11-110.

     IT IS SO ORDERED.

**Dated:   July 14, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                                       UNITED STATES MAGISTRATE JUDGE