IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY TEMPLE,<br><br>           Plaintiff,<br><br>      vs.<br><br>CARL ADAMS, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV-F-04-6716 REC DLB<br><br>ORDER GRANTING<br>REQUEST FOR EXTENSION<br>OF TIME<br>[Doc 29] |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2005, plaintiff requested an extension of time to submit the USM 285 forms as ordered by the court on July 14, 2005.

   Good cause appearing, plaintiff is granted 30 days from service of this order to submit the USM 285 forms.

   IT IS SO ORDERED.

   Dated:   August 12, 2005             /s/ Dennis L. Beck
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE

1