UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY TEMPLE,<br><br>    Plaintiff,<br><br>v.<br><br>ADAMS, et.al.,<br><br>    Defendant. | 1:04-CV-6716-REC-SMS-<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS<br>(DOCUMENT #73) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 9, 2006, plaintiff filed a motion to extend time to file opposition to defendants' motion for summary judgment and motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted forty five days from the date of service of this order in which to file an opposition to defendants' motion for summary judgment and motion to dismiss.

IT IS SO ORDERED.

Dated:    January 12, 2006                /s/ Dennis L. Beck
3c0hj8                                           UNITED STATES MAGISTRATE JUDGE