UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROY TEMPLE, | ) | 1:04-CV-6716-REC-SMS- |
| Plaintiff, | ) ) | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE |
| v. | ) ) | OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND MOTION |
| ADAMS, et.al., | ) ) | TO DISMISS (DOCUMENT #77) |
| Defendant. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 1, 2006, plaintiff filed a request for a second extension of time to file opposition to defendants' motion for summary judgment and motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition to defendants' motion for summary judgment and motion to dismiss.

IT IS SO ORDERED.

Dated:   February 13, 2006                    /s/ Dennis L. Beck
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE