**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants SUTTER COUNTY, YUBA CITY, CARL V. ADAMS, FREDERICK A. SCHROEDER, JEFFREY W. WEBSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER TEMPLE,<br><br>   Plaintiff,<br><br>vs.<br><br>CARL V. ADAMS, et al.<br><br>   Defendants.<br>_____/ | Case No.: CIV. F 04-6716 REC DLB<br><br>**ORDER BY DEFENDANTS' SUTTER COUNTY, YUBA CITY, CARL V. ADAMS, FREDERICK A. SCHROEDER, AND JEFFREY W. WEBSTER TO FILE REPLY AND OTHER RESPONSIVE DOCUMENTS TO PLAINTIFF'S MOTIONS IN OPPOSITION TO MOTION TO DISMISS/SUMMARY JUDGMENT**<br><br>**Submitted Pursuant to Local Rule 78-230(m)** |

**ORDER**

The Court, having reviewed the written materials on file and this Application for Extension of Time, and good cause appearing therefor;

IT IS HEREBY ORDERED that Defendants SUTTER COUNTY, YUBA CITY, CARL V. ADAMS, FREDERICK A. SCHROEDER, and JEFFREY W. WEBSTER have up to and including May 19, 2006, within which to respond to Plaintiff's Motions.

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00425833.WPD

[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS/SUMMARY JUDGMENT

1 **IT IS SO ORDERED.**

2    Dated:   <u>April 18, 2006</u>             <u>/s/ Dennis L. Beck</u>
   3c0hj8                                                  **UNITED STATES MAGISTRATE JUDGE**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

00425833.WPD

**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS/SUMMARY JUDGMENT**

- 2 -