IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROY ALEXANDER TEMPLE, | ) | No. CV-F-04-6716 REC DLB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF |
| | ) | TO RESUBMIT MATERIALS IN |
| vs. | ) | OPPOSITION TO MOTION TO |
| | ) | DISMISS. |
| CARL V. ADAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

On April 13, 2006, Defendants Sutter County, Yuba City, Carl V. Adams, Frederick A. Schroeder, and Jeffrey W. Webster filed an ex parte application  for an extension of time to file certain responsive documents.  In that document, Defendants indicated that they had received certain documents from Plaintiffpostmarked April 7, 2006, including:

- Motion in Opposition to Sutter County Defendants Motion to Dismiss and Summary Judgment (missing page 15);
- Motion to Allow for Discovery Under Federal Rule 56(f);
- Motion to Take Judicial Notice pursuant to Federal Rules of Evidence Rule 201(b);

1

1 • Rules 901 and 902 for Purposes of Opposing Defendants Motion
2   for Summary Judgment;
3 • Declaration of Troy A. Temple.
4   It appears that the Clerk of this Court has not received
5 copies of any of these documents.
6   **ACCORDINGLY**,
7 1. As soon as possible, and no later than May 12, 2006,
8   Plaintiff shall serve on Defendants a complete copy of the
9   "Motion in Opposition to Sutter County Defendants Motion to
10  Dismiss and Summary Judgment," including the missing page 15
11  or an explanation for the irregular numbering.
12 2. As soon as possible, and no later than May 12, 2006,
13  Plaintiff shall file with this Court a complete copy of all
14  materials he mailed to Defendants on or around April 7,
15  2006.

17 IT IS SO ORDERED.
18 **Dated: April 26, 2006**                    **/s/ Robert E. Coyle**
   810ha4                                      UNITED STATES DISTRICT JUDGE

2