UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



RECEIVED
NOV 1 3 2006
By_____

| TROY ALEXANDER TEMPLE,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CARL V. ADAMS; et al.,<br><br>    Defendants - Appellees. | No.  06-16689<br>D.C. No.  CV-04-06716-OWW<br><br><br>**ORDER** |



FILED
NOV 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: __INSUFFICIENT COMPLAINT__

__FOR FAILURE TO TRANSFER STATE__

__PRISONER TO ANOTHER PRISON FOR__

__SAFETY REASONS.__

_____
Judge
United States District Court

Date: _____