# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY TEMPLE, | CASE NO. 1:04-CV-06716-LJO DLB-P |
|     Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION ON PLAINTIFF'S STATE LAW CLAIM |
|     v. | |
| ADAMS, et al., | |
|     Defendants. | (Doc. 111) |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983 and California law. On October 31, 2007, defendants filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition. Local Rule 78-230(m).

    <u>Plaintiff is required to respond to defendants' motion within **thirty (30) days** from the date of service of this order by filing an opposition or a statement of non-opposition. If plaintiff fails to file a response to defendants' motion, the Court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.</u>

    IT IS SO ORDERED.

Dated: **November 20, 2007**          /s/ **Dennis L. Beck**
                                                                          UNITED STATES MAGISTRATE JUDGE