IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY ALEXANDER TEMPLE,**<br><br>                                   Plaintiff,<br><br>   v.<br><br>**CARL V. ADAMS, et al.,**<br><br>                                   Defendants. | 1:04-cv-6716 LJO DLB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Defendants' first request for an extension of time to file a reply brief to Plaintiff's summary judgment opposition was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 15-day extension, from the date of service of this order, to file a reply brief to Plaintiff's opposition to motion for summary judgment.

IT IS SO ORDERED.

   Dated:   **January 25, 2008**              /s/ **Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Extension of Time to File Reply to Opposition to Motion for Summary Judgment

1