1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF CALIFORNIA

7

8  TROY A. TEMPLE,                        1:04-cv-6716-LJO-DLB-P

9                 Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                    RECOMMENDATION** (Doc. 122)
10  vs.
                                    **ORDER DISMISSING ACTION**
11  CARL ADAMS,
   et al.,

12
                 Defendants.
13  _____/

14

15       Plaintiff, is a state prisoner proceeding pro se in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  The matter was

17  referred to a United States Magistrate Judge pursuant to 28

18  U.S.C.§ 636(b)(1)(B) and Local Rule 72-302.

19       On June 27, 2008, the Magistrate Judge filed Findings and a

20  Recommendation herein which were served on plaintiff and which

21  contained notice to the parties that any objections to the

22  Findings and Recommendation were to be filed within thirty (30)

23  days.  To date, the parties have not filed objections thereto.

24       In accordance with the provisions of 28 U.S.C.

25  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

26  de novo review of this case.  Having carefully reviewed the

27  entire file, the Court finds the Findings and Recommendation to

28  be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The Findings and Recommendation, filed June 27, 2008,

3    are ADOPTED in full; and,

4        2.    Defendants' motion for summary judgment, filed October

5    31, 2007, is GRANTED, thus concluding this action in its

6    entirety.

7    IT IS SO ORDERED.

8    **Dated:     August 4, 2008**                      /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE